UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEAN CARLOS LOPEZ
NAVARRO,

     Plaintiff,

v.                                                                                Case No. 8:25-cv-3260-CPT

FRANK BISIGNANO,
Commissioner of Social Security,

     Defendant.
_____/

**O R D E R**

Before the Court is the Defendant Commissioner's unopposed motion to remand this action pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 15). The Commissioner seeks this relief so that the Appeals Council can "remand this case back to an administrative law judge with instructions to further evaluate the [Plaintiff's residual functional capacity]; obtain supplemental vocational expert evidence; take any additional action necessary to complete the administrative record; offer [the] Plaintiff an opportunity for a hearing; and issue a new decision." *Id.*

Sentence four of section 405(g) provides that a "court shall have [the] power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without

remanding the cause for a rehearing." 42 U.S.C. § 405(g).  In a sentence four remand, the appropriate procedure is for a court to enter a final judgment in the claimant's favor.  *Shalala v. Schaefer*, 509 U.S. 292, 296–97 (1993); *Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).

In light of the above, it is hereby ORDERED:

1.      The Commissioner's motion (Doc. 15) is granted.

2.      The Commissioner's decision is reversed, and the case is remanded for further proceedings before the Social Security Administration consistent with this Order.

3.      The Clerk of Court shall enter Judgment in the Plaintiff's favor, terminate any pending motions, and close the case.

SO ORDERED in Tampa, Florida, this 23rd day of March 2026.

HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record

2